PREVIOUSLY FILED
BY FAX ON
7th DAY OF July 20 21
DEPUTY CLERK OF COURT

# 40TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. JOHN THE BAPTIST

## STATE OF LOUISIANA

NO. 76,967                                                                 DIVISION "A"

**PATRICE DAVENPORT**

VS.

**WALMART, INC.**

FILED: _____                                     _____
                                                                                                      **DEPUTY CLERK**

## PETITION FOR DAMAGES

The Petition of **PATRICE DAVENPORT**, a person of the full age of majority and resident of the Parish of St. John the Baptist, State of Louisiana, with respect represents that:

I.

Made defendant herein is:

**WALMART, INC.**, a foreign company authorized to do and doing business in the State of Louisiana.

II.

Defendant herein is liable and indebted unto petitioner for such damages as are reasonable in the premises, including past and future physical pain and suffering, past and future mental pain and suffering, past and future loss of enjoyment of life, disability to the body, past and future medical expenses, loss of past and future earnings, loss of future earning capacity, and loss of consortium together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings, for the following to-wit:

III.

On or about **August 13, 2020**, an accident occurred in the Parish of St. John the Baptist, State of Louisiana, where Petitioner, **PATRICE DAVENPORT**, was walking in the parking lot at **WALMART, INC.**, 1616 West Airline Highway, Laplace, Louisiana, when suddenly and without warning she fell to the ground after stepping in a concealed hole in the asphalt. The property at 1616 West Airline Highway, Laplace, Louisiana is owned and operated by **WALMART, INC.**, who was aware and/or should have been aware of the negligent and dangerous condition.

**EXHIBIT A**

IV.

As a result of the above referenced accident and negligence of the defendant, **WALMART, INC.**, Petitioner, **PATRICE DAVENPORT**, was injured and is entitled to recover such damages as are reasonable in the premises.

V.

Petitioner was not at fault nor was she contributorily negligent. Her injuries were caused solely by the fault, negligence, and liability of the defendant, **WALMART, INC.**, in the following particulars:

a) Failure to maintain a reasonably safe place for visitors and residents;

b) Failure to take necessary measures to protect the safety of visitors and residents;

c) Failure to properly maintain, inspect and supervise premises;

d) Failure to warn visitors and residents of the dangerous nature of the premises;

e) Failure to take steps to avoid this incident; and

f) Such other acts of negligence as will be shown at trial.

VI.

Petitioner pleads the doctrine of strict liability.

VII.

Petitioner pleads the doctrine of res ipsa loquitur.

**WHEREFORE,** Petitioner prays that defendants be duly cited and served with a copy of this Petition and, after all due proceedings are had, there be a judgment rendered herein in favor of Petitioner and against the defendant, **WALMART, INC.**, in amounts as are reasonable in the premises, including past and future physical pain and suffering, past and future mental pain and suffering, past and future loss of enjoyment of life, disability to the body, past and future medical expenses, loss of past and future earnings, loss of future earning capacity, and loss of consortium together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings.

Petitioner further prays for all general and equitable relief as the Court deems fit.

Respectfully submitted,

LAW OFFICES OF EDWARD J. WOMAC, JR.
& ASSOCIATES, LLC

_____
EDWARD J. WOMAC, JR. #02195
BRIAN J. BRANCH #30411
3501 Canal Street
New Orleans, LA 70119
Telephone No. (504) 486-9999
Facsimile No. (504) 488-4178
bbranch@edwardwomac.com

**PLEASE SERVE:**

WALMART, INC.
Through Its Registered Agent for Service of Process:
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

I HEREBY CERTIFY THAT THE ABOVE AND
FOREGOING IS A TRUE AND CORRECT
COPY OF THE ORIGINAL ON FILE AND OF
RECORD IN MY OFFICE
_____
DY. CLERK OF COURT
PARISH OF ST. JOHN THE BAPTIST, LA
DATE _____